IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )     CRIMINAL ACTION NO.
     v.                      )        2:14cr315-MHT
                             )            (WO)
ANDRE LAVELLE WEBSTER        )
```

ORDER

For the reasons stated in open court on February 5, 2014, it is ORDERED that sentencing shall resume on March 4, 2015, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.  By February 13, 2015, the parties shall file supplemental briefs on whether, under the Sentencing Guidelines, the plea agreement, and <u>Booker</u>, the sentence here should be consecutive, partially consecutive, or concurrent.

DONE, this the 5th day of February, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE